UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

......................................................................................x
DANIEL RODRIGUEZ, on behalf of himself and all others
similarly situated,

                                                              Civil Action No:
                                                              1:23-cv-208

                                    Plaintiff,


        -v.-

ASSEMBLY PRODUCTION, INC.,




                                    Defendants.
......................................................................................x

## NOTICE OF SETTLEMENT

        Please take notice that parties have settled the above-referenced case. This settlement is

contingent upon the execution of a written settlement agreement. The case will be dismissed with

prejudice by Plaintiff upon completion of specified conditions, in no more than 45 days from the date

of this notice. Please vacate all currently scheduled dates in this matter.


DATED, this 2nd day of May, 2023

                                              */s/Mark Rozenberg*
                                              Mark Rozenberg, Esq.
                                              **Stein Saks, PLLC**
                                              One University Plaza
                                              Hackensack, NJ 07601
                                              Ph: 201-282-6500
                                              mrozenberg@steinsakslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 2, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.